# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLEN WOLFSON,<br>Reg. No.03430-018<br>FMC Butner 2H<br>P.O. Box 1600<br>Butner, NC 27509<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE OFFICE OF<br>INFORMATION AND PRIVACY<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 09-CV-0304 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, United States of America, et al., by and through undersigned counsel, hereby move this Court to grant summary judgment to Defendants on the grounds that there exists no genuine dispute about the material facts and that the undisputed facts demonstrate that defendants are entitled to judgment as a matter of law.

A statement of material facts, memorandum of points and authorities, supporting declaration, and a proposed order are attached hereto.

Dated:  May 7, 2009	Respectfully submitted,


      /s                       
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


      /s/                      
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


      /s/                       
TERRI L. ROMÁN
Special Assistant United States Attorney
555 Fourth St., N.W., Room E4823
Washington, D.C. 20530
(202) 616-0739
Terri.Roman@usdoj.gov

Attorneys for Defendant

2