## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

ALLEN WOLFSON,                 )
Reg. No.03430-018         )
FMC Butner 2H             )
P.O. Box  1600              )
Butner, NC  27509         )
                       )
          Plaintiff,     )
                       )
        v.             )    Civil Action No.:  09-CV-0304 (ESH)
                       )
UNITED STATES OF AMERICA,  )
                       )
UNITED STATES DEPARTMENT )
OF JUSTICE OFFICE OF      )
INFORMATION AND PRIVACY   )
                       )
          Defendants.   )
_____)

## STATEMENT OF MATERIAL FACTS

Pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 7(h), Defendants by and through undersigned counsel, respectfully submit this statement of material facts as to which there exists no genuine issue:

1. The Plaintiff in this action is federal inmate Allen Wolfson, federal register number 03430-018.  Compl.

2. On September 1, 2005, the United States Department of Justice ("DOJ") Criminal Division's Freedom of Information Act/Privacy Act ("FOIA/PA") Unit received Plaintiff's August 25, 2005, "Privacy Act Identification and Request Form" seeking records concerning himself.  Exhibit 1.

3. Plaintiff also included in his August 25, 2005, letter the "Criminal Division's

List of Systems of Records Form" on which he indicated the systems of records

maintained by the Criminal Division that he wanted searched.  Id.

4. Plaintiff requested that searches be undertaken of the following Privacy Act

systems:  JUSTICE/CRM-001 (Central Criminal Division Index File and

Associated Records); JUSTICE/CRM-003 (File of Names Checked to

Determine if those Individuals have been the Subject of an Electronic

Surveillance); JUSTICE/CRM-004 (General Litigation and Legal Advice

Section); JUSTICE/CRM-012 (Organized Crime and Racketeering Section);

JUSTICE/CRM-017 (Registration and Propaganda Files Under the Foreign

Agents Registration Act of 1938, as amended); JUSTICE/CRM-019 (Requests

to the Attorney General for Approval of Applications to Federal Judges for

Electronic Interceptions); JUSTICE/CRM-021 (The Stocks and Bonds

Intelligence Control Card File System); JUSTICE/CRM-022 (Witness

Immunity Records); JUSTICE/CRM-024 (Freedom of Information/Privacy Act

Records); JUSTICE/CRM-025 (Tax Disclosure Index File and Associated

Records); and JUSTICE/CRM -008 (Name Card File on Department of Justice

Personnel Authorized to have Access to Classified Files of the Department of

Justice).  Exhibit 1, page 2.

5. By letter addressed to Plaintiff dated September 22, 2005, the Criminal Division

acknowledged receipt of Plaintiff's request.  Exhibit 2.

6. Plaintiff's FOIA/PA request was assigned case number CRM-200500908P.[1]  Id.

7. Plaintiff was advised that the FOIA/PA Unit would conduct a search to

---

[1] In his complaint, Plaintiff mistakenly refers to the number assigned to his request as "CRM-200700908P."  Compl., page 3.  The correct number is "CRM-200500908P."

2

determine what records the Criminal Division had that were within the scope of the request.  Id.

8.  By letter dated June 16, 2008, the FOIA/PA Unit responded to Plaintiff's Privacy Act request of August 25, 2005, for access to records in his name and informed him that sixteen Criminal Division records (Items 1-16) within the scope of his request were located.  Exhibit 3.

9.  Of the 16 items, items 1-5 and subsequently Items 12-14 were released in full. Id.

10. Items 6-11 were released in part.  Id.

11. Items 15-16 were withheld in full. Id.

12. Material was withheld pursuant to Exemptions 3, 5, 6, 7(C) and 7(D) of the FOIA (5 U.S.C. § 552(b)(3), (5), (6), 7(C) & 7(D)).  Id.

13. Copies of the releasable documents were attached to the Department's letter to Plaintiff.  Id.

14. Plaintiff was advised that a record that originated with the Federal Bureau of Investigation ("FBI") was referred to that Office for processing and a direct reply to Plaintiff.  Id.

15. The letter also informed Plaintiff of his right to an administrative appeal.  Id.

16. Plaintiff appealed the Criminal Division's response of June 16, 2008, to the Office of Information and Privacy ("OIP").  Compl.

17. By letter dated July 10, 2008, OIP acknowledged receipt of the appeal.  Exhibit 4.

18. By letter dated September 23, 2008, OIP responded to Plaintiff's appeal and

affirmed the Criminal Division's action on his request.  Exhibit 5.

***

Dated:  May 7, 2009                                Respectfully submitted,


                  s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


                /s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


               /s/_____
TERRI L. ROMÁN
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4823
Washington, D.C. 20530
(202) 616-0739
Terri.Roman@usdoj.gov

Attorneys for Defendant