
RECEIVED

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

Allen Wolfson,
Register No:03430-018
FMC Butner,2-H
P.O. Box 1600
Butner, North Carolina 27509,
     Plaintiff

vs.           Case No: 09-CV-0304(ESH)

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY,
     Defendants
_____/

## MOTION FOR DE NOVO REVIEW

Comes Now, Allen Wolfson, Plaintiff in the above entitled action, and prays this Honorable Court to review the records alleged by the Defendants to be exempt pursuant to Title 5 U.S.C.S. 552, 552b, De Novo and in camera to determine whether such records or any part thereof shall be witheld under any of the exemptions set forth in the Defendants Motion for Summary Judgement.

 Attached is an Affidavit of Truth endorsed by the Plaintiff affirming the fact that the alleged exemptions include Brady material pursuant to Brady vs. Maryland and that these materials, documents, and recordings are favorable to the Plaintiff regarding the Plaintiffs criminal cases, 00Cr. 628 and 02 Cr. 1588 (JGK), of which the Plaintiff is currentlly awaiting sentencing.

 The denial of...any prejudicial process by which a conviction obtained through the admitted or proved use by the state, knowingly or unknowingly, of perjured testimony, and the suppression of impeaching evidence may be set aside, is a depriv-

ation of liberty without due process of law in violation of the Fourteenth Amendment.(see Mooney vs. Holohan 294 U.S. 103, 112, 79 L Ed 2d 791, 55 S.Ct. 340)

For the foregoing reasons a De Novo, In Camera review is appropriate. A proposed order is attached.

Dated: 10/10/08

Respectfully Submitted,

Allen Wolfson
Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA

ALLEN WOLFSON,
Reg. No: 03430-018
FMC Butner 2H
P.O. Box 1600
Butner, North Carolina 27509,
        Plaintiff

vs.                                        Case No: 09-CV-0304(ESH)

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY,
                        Defendants.
_____/

## ORDER

Upon consideration of Plaintiffs' Motion for De Novo Review

it is hereby: ORDERED that Plaintiffs' Motion is GRANTED;

SIGNED:                          _____
                                     United States District Judge

Copies to:

United States of America,              Allen Wolfson
United States Department of Justice  Reg. No: 03430-018
Office of Information and Privacy,   FMC Butner
Terri L. Roman                         P.O. Box 1600
Special Assistant United States Attorney  Butner, North Carolina
555 Fourth St., N.W., Room E4823                    27509
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA

ALLEN WOLFSON
Reg. No: 03430-018
FMC Butner
P.O. Box 1600
Butner, N.C. 27509
    Plaintiff
vs.                                     Case No: 09-CV-0304 9ESH)

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY,
                            Defendants
_____/

## ORDER TO RELEASE ALL BRADY MATERIAL

Upon consideration of Plaintiffs' Motion for De Novo Review it is hereby: ORDERED that Brady Material Defendants' claim is exempt is hereby released to the Plaintiff.

Signed: _____
                                              United States District Judge

Copies to:

| | |
|---|---|
| United States of America, United States Department of Justice Office of Information and Privacy, Terri L. Roman Special Assist. United States Attorney 555 Fourth St., N.W., Room E4323 Washington, D.C. 20530 | Allen Wolfson Reg. No: 03430-018 FMC Butner P.O. Box 1600 Butner, N.C. 27509 |