UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA


ALLEN WOLFSON
Reg. No: 03430-018
FMC BUtner
P.O. Box 1600
Butner, N.C. 27509,
            Plaintiff
vs.                                    Case No: 09-CV-0304 (ESH)

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY,
                        Defendants

_____/


## MOTION TO APPOINT COUNSEL PURSUANT TO 28 U.S.C.S. 1915(e)(2)


        Comes Now, Allen Wolfson, Pro Se, and humbly prays the Honorable
Court to appoint counsel pursuant to Title 28 U.S.C.S. 1915(e)(2).

        The Plaintiff declares, under penalty of perjury that he is
unable to afford an attorney by any means. Plaintiff has been in-
carcerated for more than six and a half years and has not earned
an income in all of that time.

        The Plaintiff has no assetts that he can liquidate for the
purpose of paying for an attorney.

        WHEREFORE, the Plaintiff humbly prays this Honorable Court
to appoint counsel and any other relief this Honorable Court deems
necessary.


                                        Respectfully Submitted,

DATED: _10/10/09_____                 _Allen Wolfson_____
                                        Allen Wolfson
                                        Reg,. No: 03430-018

RECEIVED

OC     2009

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA


ALLEN WOLFSON
Reg. No: 03430-018
FMC Butner
P.O. Box 1600
Butner, N.C. 27509,
          Plaintiff


vs.                                    Case No: 09-CV-0304(ESH)


UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY,
                    Defendants
_____/


## ORDER FOR APPOINTMENT OF COUNSEL


Upon consideration of Plaintiffs' Motion to Appoint Counsel, pursuant

to Title 28 U.S.C.S. 1915(e)(2), it is hereby ORDERED that counsel

be appointed for the Plaintiff in the above-captioned case.



DATED: _____          _____
                                      United States Distrct Judge


Copies to:

United States of America,             Allen Wolfson
United States Department of Justice   Reg. No: 03430-018
Office of Information and Privacy,    FMC Butner
Terri L. Roman                        P.O. Box 1600
Special Assistant United States Attorney   Butner, N.C. 27509
555 Fourth Street, N.W., Room E4323
Washington, D.C. 20530

ALLEN WOLFSON
Reg. No: 03430-018
FMC Butner 2H
P.O. Box 1600
Butner, North Carolina 27509,
                    Plaintiff

vs.                                    Case No: 09-CV-0304 (ESH)

United Staes of America,
United States Department of Justice
Office of Information and Privacy,
                    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above

Motion for De Novo Review was sent to the Defendants via U.S.

mail at the address below.


                              _____/s/_____
                              TERRI L. ROMAN
                              Specisl Assistant
                              United States Attorney
                              555 Fourth St., N.W.
                              Room E4823
                              Washington, D.C. 20530

ALLEN WOLFSON
Reg. No: 03430-018
FMC Butner
P.O. Box 1600
Butner, North Carolina 27509