# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ALLEN WOLFSON, <br> Reg. No.03430-018 <br> FMC Butner 2H <br> P.O. Box 1600 <br> Butner, NC 27509 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF INFORMATION AND PRIVACY <br><br> Defendants. | Civil Action No.: 09-CV-0304 (ESH) |

## NOTICE OF FILING OF SUPPLEMENTAL DECLARATION

On May 7, 2009, Defendant filed a Motion for Summary Judgment in this case. On May 18, 2009, Plaintiff filed an Objection to Motion for Summary Judgment in which he argued that DOJ "did not fulfill its obligation under the FOIA" because "[i]t has failed to demonstrate that its research was reasonably calculated to uncover all relevant documents." Objection at 3."

On October 2, 2009, the Court ordered that, "Defendant shall submit a supplemental declaration regarding the search or searches conducted by the Department of Justice, Criminal Division, in response to plaintiff's August 25, 2005 request for information." Memorandum and Order at 3.

The Supplemental Declaration of Rena Y. Kim, Chief of the Freedom of Information Act/Privacy Act Unit in the Criminal Division of the United States Department of Justice is attached to this Notice.

Defendants, by and through undersigned counsel, hereby renew their request that this Court grant summary judgment to Defendants on the grounds that there exists no genuine dispute about the material facts and that the undisputed facts demonstrate that defendants are entitled to judgment as a matter of law.

Dated: October 29, 2009

                                              Respectfully submitted,

                                                 /s/
                                        CHANNING D. PHILLIPS, D.C. BAR #415793
                                        Acting United States Attorney

                                               /s/
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                             /s/
                                        TERRI L. ROMÁN
                                        Special Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Room E4823
                                        Washington, D.C.  20530
                                        (202) 616-0739
                                        Terri.Roman@usdoj.gov

                                        *Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLEN WOLFSON, <br> Reg. No.03430-018 <br> FMC Butner 2H <br> P.O. Box 1600 <br> Butner, NC 27509 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> UNITED STATES DEPARTMENT <br> OF JUSTICE OFFICE OF <br> INFORMATION AND PRIVACY <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 09-CV-0304 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of October 2009, a true and correct copy of the above Notice of Filing of Supplemental Declaration was sent to the pro se Plaintiff via U.S. mail at the address below.

/s/
TERRI L. ROMÁN
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4823
Washington, D.C. 20530
(202) 616-0739
Terri.Roman@usdoj.gov

ALLEN WOLFSON
Reg. No.03430-018
FMC Butner 2H
P.O. Box 1600
Butner, NC 27509

4