IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA

ALLEN Z. WOLFSON,
Reg. No.03430-018
FMC Butner
P.O. Box 1600
Butner, N.C. 27509
    Plaintiff

v.                                            Civil Action No.: 09-CV-0304(ESH)

UNITED STATES OF AMERICA,

UNITED STATES DEPARTMENT
OF JUSTICE OFFICE OF
INFORMATION AND PRIVACY
    Defendants
_____/

## MOTION TO DISMISS ACTION WITHOUT PREJUDICE

Comes Now, Allen Z. Wolfson, and prays this Honorable Court to dismiss the above-titled action pursuant to Rule 7 of the Federal Rules of Civil Procedure.

The plaintiff is an inmate incarcerated at the Federal Medical Center at Butner, North Carolina and is pending transfer to another facility of which the Plaintiff has no knowledge of currently. For this reason the Plaintiff will not be able to adequately be in a position to involve himself in this action.

Wherefore, the Plaintiff humbly prays this Court to grant his Motion to Dismiss Without prejudice, and any other relief this Honorable Court deems necessary.

DATED: November 9, 2009                Respectfully Submitted,

                                                          Allen Z. Wolfson

**RECEIVED**

NOV 1 2 2009

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA

ALLEN Z. WOLFSON,
Reg. No.03430-018
FMC Butner
P.O. Box 1600
Butner, N.C. 27509
    Plaintiff

v.                                      Civil Action No.: 09-CV-0304(ESH)

UNITED STAES OF AMERICA,

UNITED STATES DEPARTMENT
OF JUSTICE OFFICE OF
INFORMATION AND PRIVACY
    Defendants
_____/

## ORDER GRANTING PLAINTIFFS MOTION TO DISMISS WITHOUT PREJUDICE

The Plaintiffs Motion to Dismiss Without Prejudice is hereby GRANTED this _____ day of _____,2009.

_____
Federal District Judge