# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLEN WOLFSON, <br> Reg. No.03430-018 <br> FMC Butner 2H <br> P.O. Box 1600 <br> Butner, NC 27509 <br><br>         Plaintiff, <br><br>    v. <br><br> UNITED STATES OF AMERICA, <br><br> UNITED STATES DEPARTMENT <br> OF JUSTICE OFFICE OF <br> INFORMATION AND PRIVACY <br><br>         Defendants. | Civil Action No.: 09-CV-0304 (ESH) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S
## MOTION TO DISMISS ACTION WITHOUT PREJUDICE

Defendants, United States of America, et al., by and through undersigned counsel, hereby respond to Plaintiff's Motion to Dismiss Action Without Prejudice filed on November 12, 2009.

On May 7, 2009, Defendants filed a Motion for Summary Judgment. Plaintiff filed an Objection to Motion for Summary Judgment on May 18, 2009. On October 2, 2009, the Court issued a Memorandum Opinion and Order deferring ruling on the Motion for Summary Judgment and ordered Defendants to file a supplemental declaration, which Defendants filed on October 29, 2009. Now, Plaintiff asks this Court to dismiss his case without prejudice.

The United States objects to dismissal without prejudice because it has proven through its Motion for Summary Judgment and supporting declarations that there exists no genuine issues as to material facts and the undisputed facts demonstrate that the United States is entitled to

judgment as a matter of law.  Therefore, the United States renews its request that this Court grant its Motion for Summary Judgment.  Alternatively, if the Court grants Plaintiff's Motion to Dismiss Without Prejudice, the Defendants move this Court to condition such dismissal upon Plaintiff citing to this present case name and number when and if he initiates further litigation related to the facts which gave rise to this litigation.

Dated:  November 19, 2009	Respectfully submitted,


_____/s_____
CHANNING D. PHILLIPS, D.C. BAR #415793
Acting United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
TERRI L. ROMÁN
Special Assistant United States Attorney
555 Fourth St., N.W., Room E4823
Washington, D.C. 20530
(202) 616-0739
Terri.Roman@usdoj.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLEN WOLFSON,<br>Reg. No.03430-018<br>FMC Butner 2H<br>P.O. Box 1600<br>Butner, NC 27509<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE OFFICE OF<br>INFORMATION AND PRIVACY<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 09-CV-0304 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of November 2009, a true and correct copy of the above Response to Plaintiff's Motion to Dismiss Action Without Prejudice was sent to the pro se Plaintiff via U.S. mail at the address below.

                                                  /s/
                                      TERRI L. ROMÁN
                                      Special Assistant United States Attorney
                                      555 Fourth St., N.W.
                                      Room E4823
                                      Washington, D.C. 20530
                                      (202) 616-0739
                                      Terri.Roman@usdoj.gov

ALLEN WOLFSON
Reg. No.03430-018
FMC Butner 2H
P.O. Box 1600
Butner, NC 27509